## LUTHER M. GADD AND GEORGE T. MELVIN *vs.* THE COUNTY COMMISSIONERS OF ANNE ARUNDEL COUNTY.

Appeal from the Circuit Court for Anne Arundel County. *Appeal dismissed.*

Appellants applied to the County Commissioners to have the assessment for taxation upon their property known as the " Maryland Hotel " in Annapolis ,abated from $30,000 to $16,000, the latter being the sum at which they purchased it.   The appeal from the refusal of the Commissioners so to do to the Circuit Court was dismissed by that Court.   *Held*, that assuming, without deciding, that the Circuit Court had jurisdiction to entertain the appeal from the order of the County Commissioners refusing to make the abatement prayed, it is very clear that the action of said Court is final and conclusive.   It has been the long settled law of this State that where the Circuit Courts of this State are clothed with a special jurisdiction, and no appeal to this Court is provided for by statute, its judgment is final.   Section 81 of Article 5, on which the appellants rely to sustain their right to appeal to the Circuit Court, makes no provision for an appeal to this Court, and therefore none exists.

*Daniel R. Magruder*, for appellants, *Robert Moss* and *F. Eugene Wathen*, for appellees.

No. 70, October term, 1895.  Recorded in Liber J. S. F. No. 2, etc., folio 779, of " Opinions Unreported."